WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marzet Farris, III,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Attorney General of the State of Arizona, et al.,<br><br>　　　　　Respondents. | No. CV-23-08002-PCT-JAT<br><br>**ORDER** |

Pending before the Court is Petitioner's third motion for extension of time to file objections to the Report and Recommendation ("R&R"). (Doc. 54). As the Court discussed in the two prior Orders, Petitioner has already had considerable time to file objections. Specifically, the R&R was filed on June 20, 2024. The second extension of time gave Petitioner until November 20, 2024, to file objections, or five months from when the R&R issued.

The Court recognizes that the R&R is long, which is why the Court found good cause to grant the extensions Petitioner has received thus far. Now Petitioner seeks an additional two weeks to file objections.

When this Court receives an R&R, it "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). District courts are not required to conduct "any review at all . . . *of any issue that is not the subject of an objection.*" *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of

1  those portions of the [report and recommendation] to which objection is made.").

2  The Court will grant Petitioner one last extension. However, the Court still
3  considers five months to be adequate time to file objections. Thus, the Court still finds
4  November 20, 2024, to be reasonable. Nonetheless, by the time Petitioner filed his third
5  request for an extension of time on November 18, 2024, and this Court had an opportunity
6  to review it and prepare an Order, the deadline passed. For this reason, the Court will grant
7  the extension.

8  Petitioner is cautioned, however, that this is the last extension. If his objections are
9  not file by December 4, 2024, the Court will deem Petitioner to have forfeited his
10 opportunity to file objections; and any untimely objections received after that deadline will
11 not be considered. Further, as the Court recounted above, the Court will not review any
12 portion of the R&R de novo if timely objections are not received.

13 Thus,

14 **IT IS ORDERED** that Petitioner's motion for extension of time (Doc. 54) is
15 granted to the limited extent that Petitioner's objections are due by December 4, 2024.
16 There will be no further extensions of this deadline.

17 **IT IS FURTHER ORDERED** that the page limits established in Doc. 51 are
18 unchanged.

19 Dated this 22nd day of November, 2024.

James A. Teilborg
Senior United States District Judge